CSD 2011 [03/01/15]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

Order Entered on
September 3, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROGER D ANDERSON

Debtor.

BANKRUPCY NO. 15-03924-LT13

**TRUSTEE'S MOTION TO DISMISS CASE AND ORDER**

The undersigned Trustee respectfully represents that:

☐ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☑ The debtor failed to appear and testify at the regularly scheduled and duly noticed First Meeting of Creditors held on AUGUST 31, 2015 pursuant to 11 U.S.C. § 341(a) or any continued Meeting of Creditors scheduled thereafter.

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: _____

Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated: SEPTEMBER 2, 2015                         DAVID L. SKELTON
                                                 ☐ Chapter 7 Trustee      ☑ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and

DATED: September 2, 2015

Judge, United States Bankruptcy Court

CSD 2011