United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours:  9:00am−4:00pm Monday−Friday

Case number:  15−03924−LT13
Chapter: 13
Judge Laura S. Taylor

**Roger David Anderson**
 246 Via Tavira
Encinitas, CA 92024−5324
xxx−xx−4938
*Debtor Aliases: No Known Aliases*

**Notice of Entry of Order Dismissing Case
and Vacating All Automatic Stays and
Injunctions**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above−named **Debtor Only (Roger David Anderson)** has
been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 9/3/15

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
9/3/15
\*\*\*\*\*\*\*\*\*\*

In re:                                                                    Case No. 15-03924-LT
Roger David Anderson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3        User: kduran          Page 1 of 2          Date Rcvd: Sep 03, 2015
                           Form ID: ndt           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2015.
```
db              Roger David Anderson,    246 Via Tavira,    Encinitas, CA  92024-5324
13980913        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA  30374-0256
13980914        Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX  75013-9558
13980922        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX  75067)
13980923        Terrace At Cantera HOA,    C/O Vista Muni Court,    325 S Melrose Dr Ste 2 A,
                 Vista, CA  92081-6627
13980925        +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
13980926        Transunion Consumer Relations,    PO Box 2000,    Chester, PA  19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: robertsl2@dnb.com Sep 04 2015 01:03:47     Dun & Bradstreet,
                Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                Center Valley, PA  18034-0520
smg             EDI: CALTAX.COM Sep 04 2015 00:48:00     Franchise Tax Board,    Attn: Bankruptcy,
                P.O. Box 2952,    Sacramento, CA  95812-2952
14008378        EDI: CALTAX.COM Sep 04 2015 00:48:00     FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                PO BOX 2952,    SACRAMENTO CA 95812-2952
13980915        EDI: CALTAX.COM Sep 04 2015 00:48:00     Franchise Tax Board,    Personal Bankruptcy MS A340,
                PO Box 2952,    Sacramento, CA  95812-2952
13980916        EDI: IIC9.COM Sep 04 2015 00:48:00     IC System Inc,    PO Box 64378,
                Saint Paul, MN  55164-0378
13980917        +EDI: IRS.COM Sep 04 2015 00:48:00     Internal Revenue Service,
                Insolvency  Group 1 Mailstop 5501,    24000 Avila Rd,    Laguna Niguel, CA 92677-3407
13986710        +EDI: ATTWIREBK.COM Sep 04 2015 00:48:00     Pacific Bell Telephone Company,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13980924        E-mail/Text: dolores.futrell@twcable.com Sep 04 2015 01:03:53     Time Warner Cable,
                4200 International Pkwy,    Carrollton, TX  75007-1912
                                                                               TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13980918*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA  19114-0326)
13980920*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Irs,    Fresno, CA  93888)
13980921*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Irs Special Procedures Branch,    880 Front St Ste 3269,
                San Diego, CA  92101-8869)
13995917*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
13980919*      Internal Revenue Service,    PO Box 7317,    Philadelphia, PA  19101-7317
                                                                          TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2015 at the address(es) listed below:
              David L. Skelton    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              Tyson  Takeuchi    on behalf of Debtor Roger David Anderson tyson@tysonfirm.com,
               tysoncourtnotices@gmail.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                            TOTAL: 3